1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10      NORTHERN DISTRICT OF CALIFORNIA
11      SAN FRANCISCO DIVISION
12

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION )))) | Master File No.: M 06-1793 (CRB)<br><br>MDL No. 1793 |
| This Document Relates to:<br><br>ALL ACTIONS. ))))))) | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 |

On September 6, 2007, Plaintiff in the action *Kaz Fujita v. Korean Air Lines Co., Ltd., et al.*, Case No. C-07-4489 (JL), filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court, having considered the papers and pleadings on file, and good cause appearing, **GRANTS** the motion.

IT IS HEREBY ORDERED that the following case is related to *In re International Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793 (Master File No. M-06-cv–01793 CRB), and is hereby reassigned to the undersigned judge:

1. *Kaz Fujita v. Korean Air Lines Co., Ltd., et al.*, Case No. C-07-4489 (JL).

Dated: ___September 12, 2007___

_____
The Honorable Charles R. Breyer
United States District Court Judge



[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related    2