1    ALLAN STEYER (Cal. Bar No. 100318)
     D. SCOTT MACRAE (Cal. Bar No. 104663)
2    JILL M. MANNING (Cal. Bar No. 178849)
     STEYER LOWENTHAL BOODROOKAS
3        ALVAREZ & SMITH LLP
     One California Street, Third Floor
4    San Francisco, California 94111
     Telephone: (415) 421-3400
5    Facsimile: (415) 421-2234
     e-mail: asteyer@steyerlaw.com
6    e-mail: jmanning@steyerlaw.com

7    Counsel for Plaintiff Kaz Fujita

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   KAZ FUJITA, on behalf of himself and all    )    No. C 07-04489 CRB
     others similarly situated,                  )
13                                               )
                    Plaintiffs,                  )    **CERTIFICATE OF SERVICE**
14                                               )
     v.                                          )
15                                               )
                                                 )
16   KOREAN AIR LINES CO., LTD., and             )
     ASIANA AIRLINES, INC., corporations of      )
17   the Republic of Korea,                      )
                                                 )
18                  Defendants.                  )
     ─────────────────────────────              )
19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────────────────
Case No. C 07-04489 CRB – CERTIFICATE OF SERVICE
S:\Korean Air Lines\Notice of Objection-Efiling With District Courts\Northern District\Fujita case\Certificate of service.wpd

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the County of San Francisco, State of California, where the mailing occurs, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, CA 94111.

On the date set forth below, I served a true and correct copy of the following document:

**NOTICE OF OBJECTION OF PLAINTIFFS KAZ FUJITA AND CHAEJEAN KO TO THE NOVEMBER 13, 2007 ORDER APPOINTING INTERIM LEAD COUNSEL IN HYUNG PARK, ET AL. V. KOREAN AIR LINES CO., LTD., ET AL., CASE NO. CV-07-05107 (SJO) (C.D. Cal.)**

by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 27, 2007 at San Francisco, California.


/s/ Linda Rorem
Linda Rorem